```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSUE PAGUADA,

           Plaintiff,

- against -

FULL CIRCLE HOMES, LLC,

           Defendant.

20 Civ. 5717 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the plaintiff should file an order to show cause why default judgment should not be entered against the defendant by **December 7, 2020**. If the plaintiff fails to do so, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           November 16, 2020

                                      John G. Koeltl
                               United States District Judge