# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**VIA ECF**

Hon. Judge John G. Koeltl

United States Magistrate Judge

Southern District of New York

40 Centre Street

New York, NY 10007

December 14, 2020

```
Application granted. SO ORDERED.

New York, New York    /s/ John G. Koeltl
December 14, 2020   John G. Koeltl, U.S.D.J.
```

Re:   <u>Paguada v. Full Circle Homes, LLC; Case No: 1:20-cv-05717-JGK</u>

To the Honorable Judge Koeltl,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's November 16, 2020 Order directing Plaintiff to move for a default judgement by December 7, 2020.

By way of background, this matter has been pending before the Court since July 23, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Full Circle Homes, LLC and will promptly be filing its Order to Show Cause for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 21 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Yours sincerely,

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**